# Declaration of Ion Beroiz on Behalf of Layer Zero

1. My name is Ion Beroiz. I am a resident of Los Angeles, California. I am over 18 years old.
2. I am the founder of Auzolan Inc., headquartered in Los Angeles, California.
3. Together with the company Superluminal Inc., headquartered in Laguna Niguel, California, and founded by Denis Agarkov, Superluminal Inc. does business as "Layer Zero."
4. Layer Zero paid Pollen Mobile $233,548.16 for equipment to mine PCN for Pollen Mobile's network between March 16, 2022 and the present in order to earn Pollen PCN tokens. These purchases occurred as follows:
    a. A purchase of $6,659.70 of equipment on March 16, 2022;
    b. A purchase of $6,670.83 on March 24, 2022;
    c. A purchase of $275.84 of equipment on May 10, 2022;
    d. Four purchases of $275.84 of equipment on May 11, 2022, totaling $1,103.36 of purchases for that day;
    e. A purchase of $218,838.43 of equipment on October 13, 2022.
5. Layer Zero currently holds approximately 2,261,854.95 Pollen PCN tokens that it earned by operating its equipment between March 31, 2022 and the present.
6. Layer Zero did not acquire these tokens at the direction of our attorneys or for the purpose of participating in any legal action of any kind.
7. On behalf of Layer Zero, I have reviewed the above complaint and authorized its filing.
8. Layer Zero has never served or sought to serve as a lead or representative plaintiff in any class or collective action arising under any securities laws or regulations.
9. Layer Zero will not accept payment for serving as a representative party in this Action other than its pro rata share of any recovery as an award, as authorized by the Court, for its reasonable costs and expenses its efforts in prosecuting this Action.
10. Layer Zero agrees to serve as lead plaintiff in this Action, including, if necessary, to provide testimony at a deposition or at trial.
11. On behalf of Layer Zero, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on 08/02/2023).

_____
Ion Beroiz