1  Jason Harrow
   (Cal. Bar No. 308560)
2  GERSTEIN HARROW LLP
3  12100 Wilshire Blvd. Ste. 800
   Los Angeles, CA 90025
4  jason@gerstein-harrow.com
   (323) 744-5293
5
6  Charles Gerstein
   (*pro hac vice application forthcoming*)
7  Emily Gerrick
   (*pro hac vice application forthcoming*)
8  GERSTEIN HARROW LLP
   810 7th Street NE, Suite 301
9  Washington, DC 20002
10 charlie@gerstein-harrow.com
   (202) 670-4809
11

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAYER ZERO, and DAVID HUDSON, on behalf of themselves and all others similarly situated, | Case No. 3:23-cv-4023 |
| Plaintiffs, | **NOTICE OF DISMISSAL PURSUANT TO RULE 41** |
| vs. | **Date: September 15, 2023** |
| POLLEN MOBILE LLC, PRONTO.AI INC., ANTHONY LEVANDOWSKI, and CHRISTIAN KURASEK, | |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiffs Layer Zero and David Hudson hereby dismiss this case without prejudice against all Defendants.

Respectfully submitted,

*/s/ Jason Harrow*
Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein
(*pro hac vice application forthcoming*)
Emily Gerrick
(*pro hac vice application forthcoming*)
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, DC 20002
charlie@gerstein-harrow.com
(202) 670-4809

*Attorneys for Plaintiff*